## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

NANCY J. AGNEW,

    Plaintiff(s),

v.                                      CASE NO.  8:17-cv-1313-T-26TBM

BRIGHT HOUSE NETWORKS, LLC,
d/b/a BRIGHT HOUSE SPECTRUM,
d/b/a SPECTRUM,

    Defendant(s).
_____/

## O R D E R

The Court has been advised by **[14] Notice of Settlement** that the above-styled action has been settled.  Accordingly, pursuant to Local Rule 3.08(b), M.D.Fla., it is

**ORDERED AND ADJUDGED** that this cause is hereby **DISMISSED** without prejudice and subject to the right of the parties, within <u>sixty (60) days</u> of the date of this order, to submit a stipulated form of final order or judgment should they so choose **or** for any party to move to reopen the action, *upon good cause shown*.  After that 60-day period, however, dismissal shall be with prejudice.  The Clerk is directed to terminate any pending motions/deadlines and to **CLOSE** the file.

**DONE AND ORDERED** at Tampa, Florida, on November 1, 2017.

                                                s/*Richard A. Lazzara*
                                          **RICHARD A. LAZZARA**
                                          **UNITED STATES DISTRICT JUDGE**

<u>**COPIES FURNISHED TO**</u>:
Counsel of Record